2:19-cr-00919-CRI *SEALED*   Date Filed 11/12/19   Entry Number 7   Page 1 of 2

FID-11019702

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

RECEIVED
2019 NOV 13 AM 8:07
UNITED STATES MARSHALS
COLUMBIA, SC

United States of America
v.

NADEEM GUL
a/k/a "Choudry Nadiem Gull"
*Defendant*

Case No. 2:19-cr-919

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   NADEEM GUL, a/k/a "Choudry Nadiem Gull"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1001(a)(2)

Fasle Statment re: Passport Application

Date: November 12, 2019

City and state: Charleston, South Carolina

s/Chondra S. White
Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* NOV 1 3 2019, and the person was arrested on *(date)* 3/18/2022
at *(city and state)* WASHINGTON DULLES (ZAD)

Date: 3/21/2022

*Arresting officer's signature*

SUPERVISORY SPECIAL AGENT
KEITH SZUK
*Printed name and title*