IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-MJ-69 |
| | ) | |
| NADEEM GUL | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon Defendant's Unopposed Motion for Release of Bond Collateral (Docket no. 9) and finding this matter has been resolved, the court hereby directs the Clerk's Office to return the $5000.00 (five thousand dollars) bond posted in this case to:

Hamza Aziz, 2118 Monaghan Drive, Herndon, VA 20170.

Entered this 30th day of October, 2023.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia